# UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **DISABILITY RIGHTS LOUISIANA** | **CIVIL ACTION NO.** |
| **VERSUS** | **21-422-SDD-EWD** |
| **COURTNEY N. PHILLIPS,** In Her Official Capacity as Secretary of the Louisiana Department of Health | |

## VIDEO SETTLEMENT CONFERENCE REPORT AND ORDER

A video settlement conference was held via Zoom before Magistrate Judge Erin Wilder-Doomes on November 4, 2021, with the following participants:

**PRESENT:**

| | |
|---|---|
| **Melanie A. Bray** | **Neal R. Elliot, Jr.** |
| **Debra J. Weinberg** | **Christina L. Robertson** |
| Counsel for Plaintiff, | Counsel for Defendant, |
| Disability Rights Louisiana | Courtney N. Phillips |

The parties engaged in settlement negotiations but did not resolve all claims; however, Defendant Courtney N. Phillips has agreed to produce the documents requested by Plaintiff by no later than November 12, 2021. The parties shall continue to discuss global resolution of all remaining issues. A telephone status conference will be scheduled for December 14, 2021 at 10:00 a.m. for the parties to update the Court as to the status of their negotiations. Entry of a scheduling order will remain deferred at this time.

**IT IS ORDERED** that Defendant Courtney N. Phillips shall produce to Plaintiff Disability Rights Louisiana the documents at issue (death reports and Online Tracking Incident System reports) for the facilities at issue by no later than **November 12, 2021**.

**IT IS FURTHER ORDERED** that a telephone status conference is set for **December 14, 2021 at 10:00 a.m.**  Participating counsel shall call in to 877-336-1839, using passcode 9565780 five minutes prior to the conference.

Signed in Baton Rouge, Louisiana, on November 5, 2021.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**