UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DISABILITY RIGHTS LOUISIANA,<br><br>Plaintiff,<br><br>v.<br><br>DR. COURTNEY N. PHILLIPS, IN HER OFFICIAL CAPACITY AS THE SECRETARY OF THE LOUISIANA DEPARTMENT OF HEALTH<br><br>Defendant, | CIVIL ACTION NO.<br>3:21-CV-00422-SDD-EWD<br><br><br>JUDGE SHELLY D. DICK<br><br>MAGISTRATE JUDGE ERIN WILDER DOOMES |

## **UNOPPOSED EX PARTE MOTION TO CONTINUE STATUS CONFERENCE**

NOW INTO COURT, through undersigned counsel, comes Defendant, Dr. Courtney N. Phillips, in her official capacity as Secretary of the Louisiana Department of Health, who moves this Court to continue the status conference that is scheduled for December 14, 2021. In support of her request, Defendant presents the following:

1.

On November 4, 2021, the parties participated in a settlement conference, wherein Defendant was ordered to produce the remaining documents requested by Plaintiff, Disability Rights Louisiana, by November 12, 2021.

2.

On November 12, 2021, Defendant provided Plaintiff with the remaining documents requested through Defendant's secure records portal. Plaintiff has acknowledged receipt of the documents.

3.

Presently, the parties are still negotiating a possible settlement. While an agreement has not yet been reached, Defendant anticipates that an agreement will be forthcoming in the next several weeks.

4.

In the interest of the Court's time, and because the parties are still actively engaged in settlement negotiations, Defendant requests that the December 14, 2021 status conference be continued.

5.

Plaintiff has indicated that it has no opposition to continuing the December 14, 2021 status conference.

**WHEREFORE**, Defendant, Dr. Courtney N. Phillips, in her official capacity as Secretary of the Louisiana Department of Health, prays that her Motion to Continue Status Conference be granted and that the December 14, 2021 status conference is continued to a later date.

Respectfully submitted:

_____
Neal R. Elliott, Jr. (#24084)
Christina L. Robertson (#34388)
Jessica L. Mott (#36236)
Louisiana Department of Health
628 N. 4th Street
P.O. Box 3836
Baton Rouge, Louisiana 70821-3836
Telephone: (225) 342-1128
Facsimile: (225) 342-2232
Email: Neal.Elliott@la.gov
         Christina.Robertson@la.gov
         Jessica.Mott@la.gov

Attorneys for Defendant, Dr. Courtney N. Phillips, in her official capacity as the Secretary of the Louisiana Department of Health

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 10, 2021, I electronically filed the foregoing Motion with the Clerk of Court via the CM/ECF system which will send a notice of electronic filing to all counsel of record.

_____
JESSICA L. MOTT