UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DISABILITY RIGHTS LOUISIANA                              CIVIL ACTION NO.

VERSUS                                                                  21-422-SDD-EWD

COURTNEY N. PHILLIPS,
In Her Official Capacity
as Secretary of the Louisiana Department of Health

## TELEPHONE CONFERENCE REPORT AND ORDER

A telephone conference was held before Magistrate Judge Erin Wilder-Doomes on January 18, 2022, with the following participants:

| PRESENT: | **Debra J. Weinberg** | **Neal R. Elliot, Jr.** |
|---|---|---|
|  | **Ronald K. Lospennato** | **Christina L. Robertson** |
|  | Counsel for Plaintiff, | **Jessica L. Mott** |
|  | Disability Rights Louisiana | Counsel for Defendant, |
|  |  | Courtney N. Phillips |

The telephone conference was a follow up to the parties' November 4, 2021 settlement conference. Counsel for both parties advised that they are continuing settlement discussions and seek additional time to try to resolve the remaining issue. A telephone status conference will be scheduled for March 2, 2022 at 10:00 a.m. for the parties to update the Court as to the status of their negotiations. Good cause exists to continue to defer entry of a scheduling order at this time.

**IT IS ORDERED** that a telephone status conference is set for **March 2, 2022 at 10:00 a.m.** Participating counsel shall call 877-336-1839, using passcode 9565780 five minutes prior to the conference.

**IT IS FURTHER ORDERED** that entry of a scheduling order is deferred for good cause while the parties continue settlement discussions.

Signed in Baton Rouge, Louisiana, on January 18, 2022.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

cv38a;T:10