# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**DISABILITY RIGHTS LOUISIANA**                                    **CIVIL ACTION NO.**

**VERSUS**                                                                            **21-422-SDD-EWD**

**COURTNEY N. PHILLIPS,**
In Her Official Capacity
as Secretary of the Louisiana Department of Health

## TELEPHONE CONFERENCE REPORT AND ORDER

A telephone conference was held before Magistrate Judge Erin Wilder-Doomes on March 2, 2022, with the following participants:

**PRESENT:**   **Debra J. Weinberg**            **Neal R. Elliot, Jr.**
           **Melanie A. Bray**                **Christina L. Robertson**
           Counsel for Plaintiff,           **Jessica L. Mott**
           Disability Rights Louisiana     Counsel for Defendant,
                                            Courtney N. Phillips

The telephone conference was a follow up to the parties' November 4, 2021 settlement conference.[1]  Counsel for both parties advised that they are continuing settlement discussions to resolve the remaining issue and that the parties have not, yet, reached impasse.  Good cause exists to continue to defer entry of a scheduling order at this time.  The parties shall file a joint notice of settlement by no later than April 18, 2022, if they are able to resolve all claims.  If not, a scheduling order will be issued based on the dates provided in the October 8, 2021 status report.[2]

**IT IS ORDERED** that entry of a scheduling order is deferred for good cause while the parties continue settlement discussions.  If the parties resolve all claims, they shall file the joint notice of settlement required under Local Civil Rule 1(c) by no later than **April 18, 2022**.

Signed in Baton Rouge, Louisiana, on March 2, 2022.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] R. Doc. 14.
[2] R. Doc. 9.

cv38a;T:10