UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DISABILITY RIGHTS LOUISIANA, | * | CIVIL ACTION NO.: 21-422-SDD-EWD |
| PLAINTIFF | * | |
| VS. | * | Chief Judge Shelly D. Dick |
| DR. COURTNEY N. PHILLIPS, IN HER OFFICIAL CAPACITY AS THE SECRETARY OF THE LOUISIANA DEPARTMENT OF HEALTH, | * | Magistrate Judge Erin Wilder-Doomes |
| DEFENDANT. | * | |

## ORDER

Considering Plaintiffs' Notice of Voluntary Dismissal,

**IT IS HEREBY ORDERED** the Complaint filed in the above captioned matter is voluntarily dismissed by Plaintiffs, with prejudice, for the claims pertaining to the requests for records made during 2021 as outlined in the Complaint.

Signed in Baton Rouge, Louisiana, on May 2, 2022.

_Shelly D. Dick_
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**